No. 95–6572. PETERSON v. MAC INDUSTRIES ET AL. Sup. Ct. Utah. Certiorari denied.

No. 95–6573. HARRINGTON v. FAGLEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–6576. McLAMB v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–6578. SHANNON v. HUESZEL. C. A. 5th Cir. Certiorari denied.

No. 95–6579. GLOVER v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 95–6580. GOSPODARECK v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–6581. DESMOND v. DEPARTMENT OF THE NAVY ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–6582. ACOSTA v. STRACK, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–6583. ARNDT v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–6585. ATTWOOD v. SANDS ET AL.; and ATTWOOD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6586. GREEN v. CITIZENS BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6588. GRUBOR v. PENNSYLVANIA ET AL. Commw. Ct. Pa. Certiorari denied.

No. 95–6592. HAM v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6593. PRICE v. LOUISIANA. C. A. 5th Cir. Certiorari denied.